UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILL ARCHER JACKSON,

    Petitioner,

                                             Case No. 1:07-cv-137

v

                                             Hon. Wendell A. Miles

CAROL HOWES,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

On March 6, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Will Archer Jackson's petition for writ of habeas corpus be denied as time-barred. Petitioner has filed objections to the R & R. The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having considered petitioner's objections, agrees with the recommended disposition contained in the R & R. Judgment will therefore be entered accordingly.

Entered this 27th day of March, 2007.

                                                              /s/ Wendell A. Miles
                                                          Wendell A. Miles, Senior Judge