UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILL ARCHER JACKSON,

    Petitioner,

                                                Case No. 1:07-cv-137

v

                                                Hon. Wendell A. Miles

CAROL HOWES,

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied as time-barred.

Entered this 27th day of March, 2007.

                                                /s/ Wendell A. Miles
                                             Wendell A. Miles, Senior Judge